UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKLICK HOTSPOT CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:21-cv-00138-LPL |
| ) | |
| vs. ) | |
| ) | |
| MANSFIELD OIL COMPANY OF ) | |
| GAINESVILLE, INC.; and EMPIRE ) | |
| PETROLEUM PARTNERS, LLC, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1.A.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Empire Petroleum Partners, LLC ("Empire"), in the above captioned action, certifies that no parents, subsidiaries, affiliates, or members of Empire have issued shares or debt securities to the public.

Date: February 5, 2021

Respectfully submitted,

*s/ John P. Miller*
John P. Miller
  PA ID No. 91304
  jmiller@dfllegal.com
Haig M. Sakoian
  PA ID No. 206032
  hsakoian@dfllegal.com
**Dingess, Foster, Luciana, Davidson & Chleboski LLP**
20 Stanwix St., Third Fl.
Pittsburgh, PA 15222
Phone: 412-926-1800
Fax: 412-926-1801
*Counsel for Empire Petroleum Partners, LLC*